468 A.2d 838

Commonwealth v. Olexa, Appellant.

Commonwealth v. McDonald, Appellant.

■■■■■■

■■■■ Argued April 28, 1983. Blane A. Black, for appellants; Frank Carl Roney, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgments of sentence affirmed.